**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

**CRIMINAL MINUTES - BOND HEARING**

| | |
|---|---|
| **Case No.:** 7:16-cr-21 | **Date:** 5/17/2016 |

| | |
|---|---|
| **Defendant:** Mack Daniel Barton, custody | **Counsel:** Terry Grimes, CJA |

PRESENT:  JUDGE: Robert S. Ballou   TIME IN COURT: 14 min
 Deputy Clerk: K. Brown
 Court Reporter: K. Brown/FTR
 U. S. Attorney: Ashley Neese
 USPO: Mike Terry
 Case Agent: Brad Brown
 Interpreter:

## BOND HEARING

☒ Bond hearing held. See below.
☒ Bond denied. Defendant remanded to custody. Written detention order will follow.

**Additional Information:**
3:02
Parties present and represented by counsel.
Parties to proceed by proffer.
Court addresses defendant. Statutory factors. Government begins with presumption based on charges. Evidence appears strong, and has not be countered. Nature of background, criminal history is lengthy. Evidence is that home plan is not sufficient in that there has been recent drug activity at the home address. Health issues can be addressed while in custody. Court finds clear and convincing evidence that defendant is a danger to the community, and there is no viable home plan. Court advises defendant of appeal rights. Defendant remanded.
Adjourned.
3:16